# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 1, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

148981(34)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

PAUL J. BETTS, JR.,
        Defendant-Appellant.
_____/

SC: 148981
COA: 319642
Muskegon CC: 12-062665-FH

      On order of the Chief Justice, the motion of the American Civil Liberties Union of Michigan to file a brief amicus curiae is GRANTED. The amicus brief submitted on January 29, 2019, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 1, 2019



Clerk